**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**SEALED ORDER**

In response to the Coronavirus COVID-19 public emergency, this Court has, by General Order 20-0012, extended deadlines in all civil and criminal cases by 21 days. To clarify the application of this order to Miscellaneous cases, it is hereby ORDERED:

In all Miscellaneous cases, all deadlines, whether set by the court, or by the Rules of Criminal Procedure or Local Rule, are hereby extended 21 days from the current deadline set. Any further extension that may be entered by General Order will have the effect of extending dates in Miscellaneous cases as well.

The Clerk is directed to docket this order in each Miscellaneous Case that is suppressed and has a pending seal order with an expiration date.

ENTER:

REBECCA R. PALLMEYER
United States District Judge

Dated at Chicago, Illinois this 23rd day of March, 2020